# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
ASHEVILLE, N.C.
JAN 26 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOHN DEVIN HALEY DOB: 9/22/79 | ) | Case No. 5:18 mJ 1 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 23, 2018__ in the county of __Watauga__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1363 | Whoever, within the special maritime and territorial jurisdiction of the United States, willfully and maliciously destroys or injures any structure, conveyance, or other real or personal property, or attempts or conspires to do such an act, shall be fined under this title or imprisoned not more than five years, or both, and if the building be a dwelling, or the life of any person be placed in jeopardy, shall be fined under this title or imprisoned not more than twenty years, or both. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Park Ranger Dan Vrchota
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jany 26, 2018

_____
*Judge's signature*

City and state: Asheville, NC

US Mag. Judge Dennis L. Howell
*Printed name and title*
Western District of North Carolina

# AFFIDAVIT

I, Park Ranger Dan Vrchota, am a federal law enforcement officer on the Blue Ridge Parkway in North Carolina. On the evening of January 23, 2018, in Watuaga County, along the Blue Ridge Parkway, I encountered and arrested the defendant, John Haley, for a violation of 36 CFR 2.35(c), "presence in a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources is prohibited." I placed the defendant in custody and transported him in the back seat of my marked patrol car as I responded to a call regarding a vehicle that was on fire along the Blue Ridge Parkway.

I, Ranger Vrchota, parked near milepost 295.4 on the Blue Ridge Parkway road, approximately 100 yards north of Sims Creek Bridge, along with several Blowing Rock Fire Department units, and two Blowing Rock Police Officers, to investigate the vehicle fire. While handcuffed and seat belted in the backseat of my United States government owned 2011 Ford Crown Victoria, Haley began kicking at the right rear window. Blowing Rock Police Officer Caleb Hildebran attempted to place his hand on the window to prevent the window from being broken out, but was unable to reach it in time. Officer Hildebran was uninjured, but did have glass particles on his uniform.

The window to the patrol vehicle was completely broken out, and the frame was popped out of the door. The body of the door was also dented.

Sworn under penalty of perjury.

_____
NPS Ranger Dan Vrchota

SUBSCRIBED and SWORN
before me this 26 day of January, 2018, in Asheville, NC.

_____
Hon. Dennis L. Howell
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA

1