IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:18-CR-00004-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| JOHN DEVIN HALEY, | |
| Defendant. | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Supervised Release Petition. (Doc. No. 36). As evidenced by the death certificate attached to the Government's Motion, Defendant John Haley died on May 22, 2021.

**IT IS THEREFORE ORDERED** that the Government's Motion, (Doc. No. 36), is **GRANTED** and the Supervised Release Petition, (Doc. No. 27) is **DISMISSED**.

**SO ORDERED.**

Signed: June 10, 2021

Kenneth D. Bell
United States District Judge